# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Peyton Davis, | : |
|             Plaintiff,<br>v. | : Civil Action No.: 4:17-cv-02034 |
| The Money Source, Inc., | : |
|             Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 22, 2017

                                            Respectfully submitted,

                                            By: __/s/ Jenny DeFrancisco_____

                                            Jenny DeFrancisco, Esq.
                                            CT Bar No.: 432383
                                            LEMBERG LAW LLC
                                            43 Danbury Road, 3rd Floor
                                            Wilton, CT 06897
                                            Telephone: (203) 653-2250
                                            Facsimile: (203) 653-3424
                                            E-mail: jdefrancisco@lemberglaw.com
                                            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 22, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By  /s/ Jenny DeFrancisco

                                           Jenny DeFrancisco